MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYBN 2040855)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5042
FAX: (408) 535-5066
matthew.parrella@usdoj.gov

Attorneys for United States of America

ORIGINAL FILED
OCT 29 2013
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ADRIAN BALTAGA, and<br>GHEORGHE BALTAGA,<br>Defendants. | NO. CR- 13-00703 LHK (HRL)<br><br>UNITED STATES' MOTION TO UNSEAL INDICTMENT AND ARREST WARRANTS<br><br>Filed Under Seal |

The United States hereby applies for an order unsealing the indictment and arrest warrants in the above-captioned case. The defendants have been arrested in another district under case number 13-00703-LHK (HRL), and will be ordered to appear in the Northern District of California so there is no

///

///

///

longer any reason to keep those documents under seal.

DATED: October 29, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

MATTHEW A.PARRELLA
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: 10/29/2013

~~PAUL S. GREWAL~~
United States Magistrate Judge
Nathanael Cousins
Duty Magistrate Judge